

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM P. MOURA

Case No. 2:23mj256
Corrected Court Date: January 24, 2024

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)-Violation No. E2102308

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 29, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

#### COUNT TWO
(Misdemeanor)-Violation No. E2102317

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 29, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

<u>COUNT THREE</u>
(Misdemeanor)-Violation No. E2102307

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 23, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

<u>COUNT FOUR</u>
(Misdemeanor)-Violation No. E2102316

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 23, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

<u>COUNT FIVE</u>
(Misdemeanor)-Violation No. E2102306

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 16, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

<u>COUNT SIX</u>
(Misdemeanor)-Violation No. E2102315

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 16, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

<u>COUNT SEVEN</u>
(Misdemeanor)-Violation No. E2102305

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 11, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

<u>COUNT EIGHT</u>
(Misdemeanor)-Violation No. E2102314

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 11, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

## COUNT NINE
(Misdemeanor)-Violation No. E2102309

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 10, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

## COUNT TEN
(Misdemeanor)-Violation No. E2102318

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 10, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

## COUNT ELEVEN
(Misdemeanor)-Violation No. E2102301

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 18, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

## COUNT TWELVE
(Misdemeanor)-Violation No. E2102310

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 18, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

## COUNT THIRTEEN
(Misdemeanor)-Violation No. E2102304

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 15, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

## COUNT FOURTEEN
(Misdemeanor)-Violation No. E2102313

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 15, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

## COUNT FIFTEEN
(Misdemeanor)-Violation No. E2102303

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 3, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

## COUNT SIXTEEN
(Misdemeanor)-Violation No. E2102312

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 3, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

## COUNT SEVENTEEN
(Misdemeanor)-Violation No. E2102302

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 1, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

<u>COUNT EIGHTEEN</u>
(Misdemeanor)-Violation No. E2102311

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 1, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WILLIAM P. MOURA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: *(signature)*
James L. Wray-Miller
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Wray-Miller@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James L. Wray-Miller
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Wray-Miller@usdoj.gov

_7 Dec 23_____
Date